# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHEN, OULAIVANH | § | Case No. 14-08264 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

### CLERK OF THE COURT

**U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604**

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on Thursday, December 18, 2014 in Courtroom 680, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _11/24/2014_____     By: _/s/ Barry A. Chatz, Trustee_____
                                          Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-08264-JPC
Oulaivanh Chen                                                            Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 1          Date Rcvd: Nov 26, 2014
                             Form ID: pdf006           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2014.
db             Oulaivanh Chen,   344 Shiloh Court,   Elgin, IL  60120-4546
aty            +Rachel D. Stern,   53 West Jackson Boulevard,   Suite 1442,  Chicago, IL 60604-3536
21626493       +Capital One/ Menards,   Po Box 5253,   Carol Stream, IL 60197-5253
21626491        Chen Oulaivanh,   344 Shiloh Court,   Elgin, IL  60120-4546
21626494       +GM Real Estate Naperville LLC,   20408 Ashford Circle,   Mokena, IL 60448-8975
21626497       +Seterus Inc.,   14523 SW Millikan Way Street, Suite 200,   Beaverton, OR 97005-2352
21626498       +Toyota Motor Credit,   1111 W 22nd St Ste 420,   Oak Brook, IL 60523-1959
21626499       +Village Of Barrington,   Village Hall,   200 South Hough Street,   Barrington, IL 60010-4322
21626492       #+Wheeler & Patel LLP,   1008 W Lake St Unit 1,   Chicago, IL 60607-1715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21626496        E-mail/Text: cio.bncmail@irs.gov Nov 27 2014 00:35:50     Internal Revenue Service,
                 PO Box 7317,   Philadelphia, PA  19101-7317
                                                                           TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21626495*      +GM Real Estate Naperville, LLC,   20408 Ashford Circle,   Mokena, IL 60448-8975
                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2014                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 24, 2014 at the address(es) listed below:
              Barry A Chatz   bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Gregory K Stern   on behalf of Trustee Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Mark Steven Wheeler   on behalf of Debtor Oulaivanh  Chen 773trustme@gmail.com,  esquire13@me.com
              Monica C O'Brien   on behalf of Trustee Barry A Chatz gstern1@flash.net
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                              TOTAL: 5