UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
CHEN, OULAIVANH                     §        Case No. 14-08264
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/BARRY A. CHATZ _____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| MARK STEVEN WHEELER, ESQ, | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | GM REAL ESTATE NAPERVILLE, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 14-08264 Doc 52 Filed 03/23/15 Entered 03/23/15 11:51:33 Desc Main
Document Page 6 of 9

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No.: | 14-08264 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | CHEN, OULAIVANH | | | | Date Filed (f) or Converted (c): | 03/08/14 (f) |
| | | | | | 341(a) Meeting Date: | 04/16/14 |
| For Period Ending: | 01/23/15 | | | | Claims Bar Date: | 10/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 125,942.00 | 0.00 | | 0.00 | FA |
| PRIMARY RESIDENCE COMMONLY KNOWN AS 344 SHILOH COURT, ELGIN, IL 60120-4546 | | | | | |
| 2. BANK ACCOUNTS | 272.53 | 0.00 | | 0.00 | FA |
| BUSINESS BANK ACCOUNT HELD BY FIFTH THIRD BANK | | | | | |
| 3. BANK ACCOUNTS | 588.47 | 0.00 | | 0.00 | FA |
| CHECKING ACCOUNT HELD BY FIFTH THIRD BANK | | | | | |
| 4. HOUSEHOLD GOODS | 750.00 | 0.00 | | 0.00 | FA |
| MISCELLANEOUS HOUSEHOLD GOODS | | | | | |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| NECESSARY WEARING APPAREL AND SHOES | | | | | |
| 6. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| TERM LIFE INSURANCE HELD BY LINCOLN LIFE INSURANCE; NO CASH VALUE | | | | | |
| 7. STOCK, BUSINESS INT | 0.00 | 0.00 | | 6,000.00 | FA |
| 100% SHAREHOLDER OF ASIAN NAILS SALON; VALUE IS MINIMAL TO NONE. TRUSTEE SOLD ESTATE'S INTEREST IN THE LEASEHOLD PREMISES TO THE LANDLORD AND TO SURRENDER AND TURNOVER POSSESSION OF THE LEASEHOLD PREMISES TO THE LANDLORD FOR $6,000. | | | | | |
| 8. CONTINGENT CLAIMS | 5,000.00 | 0.00 | | 0.00 | FA |
| INSURANCE BENEFIT RECEIVED FROM VEHICLE ACCIDENT THAT OCCURRED IN 05/2013 | | | | | |
| 9. VEHICLES | 4,500.00 | 0.00 | | 0.00 | FA |
| 2004 TOYOTA SIENNA | | | | | |
| 10. VEHICLES | 21,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-08264 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | CHEN, OULAIVANH | | | | Date Filed (f) or Converted (c): | 03/08/14 (f) |
| | | | | | 341(a) Meeting Date: | 04/16/14 |
| | | | | | Claims Bar Date: | 10/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2013 TOYOTA RAV4 | | | | | |

TOTALS (Excluding Unknown Values)     $158,553.00     $0.00     $6,000.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SOLD RIGHT, TITLE AND INTEREST IN NAIL SALON LEASEHOLD PREMISES TO LANDLORD FOR $6,000

Initial Projected Date of Final Report (TFR): 03/31/15     Current Projected Date of Final Report (TFR): 03/31/15

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 18.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-08264 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | CHEN, OULAIVANH | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9580 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1377 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/25/14 | 7 | GM REAL ESTATE NAPERVILLE LLC | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 6,000.00 | | 6,000.00 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,990.00 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,980.00 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,970.00 |
| 10/16/14 | 300001 | MARK STEVEN WHEELER, ESQ, 828 WEST GRACE STREET, SUITE 2 CHICAGO, IL 60613 | ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 10/14/14 COURT ORDER | 2990-000 | | 1,750.00 | 4,220.00 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,210.00 |
| 12/18/14 | 300002 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Trustee Compensation | 2100-000 | | 1,200.00 | 3,010.00 |
| 12/18/14 | 300003 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Trustee Expenses | 2200-000 | | 65.20 | 2,944.80 |
| 12/18/14 | 300004 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, ILLINOIS 60604 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 2,665.00 | 279.80 |
| 12/18/14 | 300005 | GM REAL ESTATE NAPERVILLE, LLC 20408 ASHFORD CIRCLE MOKENA, IL 60448 | Claim 000001, Payment 0.51% (1-1) BREACH OF LEASE | 7100-000 | | 279.80 | 0.00 |

Page Subtotals  6,000.00  6,000.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-08264 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | CHEN, OULAIVANH | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9580 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1377 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,000.00 | 6,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,000.00 | 6,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,000.00 | 6,000.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9580 | 6,000.00 | 6,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 6,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*